

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2019

No. 04-18-00733-CR

Martin **BALLEZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

## O R D E R

The Appellant's Motion to Suspend T.R.A.P. 9.3 (b) (1) Paper Copies of Document Filed in Paper Form is hereby GRANTED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court